IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                     Case No. 6:20-cr-60008

DONALD RAY SMITH                                                     DEFENDANT

## ORDER

Before the Court is the government's Motion to Dismiss.  (ECF No. 65).  The government moves to dismiss this case.  The government may, "with leave of court, dismiss an indictment, information, or complaint."  Fed. R. Crim. P. 48(a).

The Court finds good cause for the motion.  Accordingly, the Indictment filed in the above-styled cause on March 4, 2020, against Donald Ray Smith is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge